Diane H. Gibson, Esq., CLS-B (SBN 126358)
2755 Jefferson St., Ste. 203
Carlsbad, CA 92008
(760) 720-0080
dgibsonlaw@gmail.com

Counsel for Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In re:                              ) Case No. 09-15721
                                    )
    AMIR BAHADOR                    ) NOTICE OF CLAIMS BAR DATE
                                    )
                     Debtor.    )
_____)

TO: CREDITORS OF ESTATE OF AMIR BAHADOR

    **YOU ARE HEREBY NOTIFIED** that the claims bar date for filing proofs of claim in this proceeding pursuant to Bankruptcy Rule 3003 shall be **December 15, 2009 at 4:00 p.m.** The proofs of claims shall be filed with the United States Bankruptcy Court, 325 West "F" Street, San Diego, CA 92101.

    In order to assist in the review and reconciliation of claims in this Chapter 11 proceeding, such claims should include copies of the invoices, statements or other documents evidencing the amount and/or basis of the claim or expense. Such claims should set out the computations of the totals on a period-by-period basis, indicating what portion of the claims is composed of interest and/or penalties. <u>Attached hereto is a copy of a proof of claim form for your use</u>.

    Any creditor who has already filed a proof of claim in this proceeding is not required to re-file such claim, unless such claimant wishes to amend the claim.

1

Exhibit A-1

If you are uncertain about your claim, you may want consult with your attorney. It is the sole responsibility of each claimant to correctly fill out the proof of claim form.

1. **Who Must File**: Any creditor or equity security holder whose claim or interest is not scheduled or scheduled as disputed, contingent, or unliquidated shall file a proof of claim or interest on or before **December 15, 2009 at 4:00 p.m**. Any creditor who fails to do so shall not be treated as a creditor with respect to such claim for the purpose of voting and distribution.

2. **Who May File**: Any creditor or indenture trustee may file a proof of claim on or before **December 15, 2009 at 4:00 p.m**.

3. The schedule of liabilities filed by the Debtor pursuant to 11. U.S.C. §521(1) shall constitute prima facie evidence of the validity and amount of the claims of creditors, unless they are schedule as disputed, contingent, or unliquidated. It shall not be necessary for a creditor or equity security holder to file a proof of claim or interest unless that creditor's claim or interest is not scheduled, or is scheduled as disputed, contingent or unliquidated.

The list of equity security holders filed pursuant to Bankruptcy Rule 1007(a)(3) shall constitute prime facie evidence of the validity and amount of the equity security interest and it shall not be necessary for the holders of such interest to file a proof if interest.

LAW OFFICES OF DIANE H. GIBSON

/s/Diane H. Gibson
DIANE H. GIBSON
Attorney for Debtor

2

Exhibit A-2

B10 (Official Form 10) (12/08)

# United States Bankruptcy Court
## Southern District of California

**PROOF OF CLAIM**

Name of Debtor: Amir Bahador

Case Number: 09-15721-JM11

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtors owes money or property):

Name and address where notices should be sent:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Telephone:

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone:

1. **Amount of Claim as of Date Case Filed:** $_____

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _____
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   **Describe:**

   **Value of Property:** $_____   **Annual Interest Rate** _____ %

   Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date:

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Exhibit A-3