**CSD 3010** [04/28/96]
Name, Address, Telephone No. & I.D. No.

Diane H. Gibson (SBN 126358)
2755 Jefferson St., Ste. 203
Carlsbad, CA 92008
760-720-0080
dgibsonlaw@gmail.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

AMIR BAHADOR

Debtor.

BANKRUPTCY NO. 09-15721

n/a

Plaintiff(s)

ADVERSARY NO. n/a

v.

n/a

Defendants(s)

**PROOF OF SERVICE**

I, Cathleen Ford, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:

Ex Parte Appliciation for Order Setting Claims Bar Date
Notice of Claims Bar Date
Order Setting Claims Bar Date

on November 3, 2009 by:
[date]

[X] e-mail service to: ustp.region15sop@usdoj.gov
(Office of the United States Trustee)

[ ] Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

[ ] Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

11/3/09                               /s/ Cathleen Ford
[Date]                                [Signature]

| Print Name | Cathleen Ford |
|---|---|
| Business Address | 2755 Jefferson St., Ste. 203 |
| City, State, ZIP | Carlsbad, CA 92008 |

**CSD 3010**