CSD 1001 [08/21/00]

Diane H. Gibson, Esq., CLS-B (SBN 126358)
2755 Jefferson Street, Suite 203
Carlsbad, California 92008
(760) 720-0080
dgibsonlaw@gmail.com

Counsel for Debtor

Order Entered on
November 03, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

AMIR BAHADOR

Debtor.

BANKRUPTCY No. 09-15721
Date of Hearing:
Time of Hearing:
Name of Judge:    JAMES W. MEYERS

**ORDER SETTING CLAIMS BAR DATE**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through two (2) with exhibits, if any, for a total of two (2) pages, is granted.  Motion/Application Docket Entry No. _____

//
//
//
//
//
//

DATED:   November 03, 2009

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. [Bankr. P. 9011 that the] relief granted by the court.

Submitted by:

DIANE H. GIBSON, ESQ.

By: /s/ Diane H. Gibson
    Diane H. Gibson
    Attorney for Debtor

CSD 1001

```
CSD 1001 [08/21/00] (Page 2)
DEBTOR:  AMIR BAHADOR
CASE NO: 09-15721
ORDER SETTING CLAIMS BAR DATE
```

This matter came on for review before the above-entitled Court, Department One thereof, the Honorable James W. Meyers, Judge Presiding, upon Debtor, Amir Bahador's Ex-Parte Application for Order Setting Claims Bar Date.  Upon review of the application submitted therein and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the claims bar date for filing Proofs of Claim for Pre-Petition Claims and Administrative Expenses in Case No. 09-15721 shall be **December 15, 2009** at **4:00 p.m.** local time, provided the "Notice of Claims Bar Date" is served not less than thirty (30) days prior to the bar date.  All claims shall be filed with the U.S. Bankruptcy Court located at 325 West "F" Street, San Diego, CA 92101 no later than **December 15, 2009** at **4:00 p.m.** local time.  The failure of any party to file their claim by this date, if required, shall result in their claim being forever barred in this proceeding.

*Signed by Judge James W. Meyers November 03,2009*